DORA FEIT, Respondent, v. JOSEPH FEIT, Appellant.— Order reversed upon the law and the facts, without costs, and motion to punish defendant for contempt denied, without costs. A certified copy of the order directing defendant to pay alimony was never served upon him and, therefore, he may not be punished for contempt. Furthermore, a receiver, appointed to sequester defendant's property, entered into the receivership, and has not been discharged. This constituted an election of remedies which prevents the punishment of defendant for contempt so long as the receivership lasts. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

LENA HOLLAND, Appellant, v. HOLLAND BROTHERS REALTY CORPORATION and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Kapper, Hagarty, Seeger and Scudder, JJ., concur; Lazansky, P. J., not voting.

LENA HOLLAND, Respondent, v. SIMON HOLLAND, LOUIS HOLLAND and ABRAHAM HOLLAND, as Executors and Trustees, etc., of SAM HOLLAND, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Kapper, Hagarty, Seeger and Scudder, JJ., concur; Lazansky, P. J., not voting.

LONBY REALTY CORPORATION, Appellant, v. EUGENE W. LANE, Respondent.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Seeger and Scudder, JJ., concur; Kapper and Hagarty, JJ., dissent upon the ground that there is an outstanding right which renders the title doubtful and unmarketable

MARY RUDOLPH, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, etc., Appellant.— Judgment of the City Court of Yonkers affirmed, with costs. No opinion. Kapper, Hagarty and Seeger, JJ., concur; Lazansky, P. J., and Scudder, J., dissent.

JESSE H. WASSERMAN and SELMA WASSERMAN, Respondents, v. " GEORGE ". AREZZO LUPIS, etc., Appellant.— Appeal withdrawn upon stipulation of counsel. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ADOLPH BERGER, Appellant, v. MARTIN ZEIF, Respondent.— Application denied, with ten dollars costs.'

LOUIS E. SEIDMAN, Respondent, v. NEST CORPORATION and ISIDORE GARNETS, Appellants.— Application denied, with ten dollars costs.

WILLIAM A. ASTON, Respondent, v. MELISSA REEVES, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

DAVID BODENSTEIN, Individually and as a Stockholder of the LEVERICH BOND AND MORTGAGE CORPORATION, etc., Respondent, v. " ABRAHAM " LYLE LEVERICH, etc., Appellant, and LEVERICH BOND AND MORTGAGE CORPORATION, Defendant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

BRITTON BUILDING CORPORATION, Respondent, v. NILUS BUILDING CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.